FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY KM DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY KM DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALTER SPROUSE<br><br>PLAINTIFF(S)<br>v.<br>JUERGEN FITSCHEN<br><br>DEFENDANT(S). | CASE NUMBER<br>2:14-cv-07507<br><br>**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____          _____
Date                                United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____
☐ Other: _____

Comments: *No facts concerning federal question jurisdiction or diversity jurisdiction are alleged.*

9/26/14                             /s/ [signature]
Date                                United States Magistrate Judge

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED          ☒ DENIED (See comments above).

9/30/14                             /s/ [signature]
Date                                United States District Judge

CV-73A (01/10)          ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE